IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WORLD WRESTLING FEDERATION ENTERTAINMENT, INC. | : : : | Civil Action No. 301CV2316 (GLG) |
| Plaintiff, | : : | |
| vs. | : : | |
| WILLIAM E. DALEY AND SILVERMAN ENTERTAINMENT, INC., | : : : | |
| Defendants. | : | March 24, 2004 |

## JOINT STIPULATION OF DISMISSAL

The parties to the above action, by and through their counsel, hereby stipulate to a dismissal of this action, with prejudice, as all outstanding issues have been decided to the parties' satisfaction by settlement agreement dated December 16, 2003.

Respectfully submitted,

The Plaintiff,

The Defendants,
William E. Daley and
Silverman Entertainment, Inc.

By:_____
    Mary A. Gambardella #ct05386
    Epstein, Becker & Green
    1 Landmark Square, Suite 1800
    Stamford, CT  06901

By:_____
    Patrick Tomasiewicz ct01320
    Fazzano, Tomasiewicz & Paulding
    836 Farmington Avenue
    West Hartford, CT  06119

ST:28229v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of *Joint Stipulation of Dismisssal* was served upon counsel of record this 24th day of March, 2004, via U.S. Mail delivery, first-class, postage prepaid, addressed as follows:

>Patrick Tomasiewicz, Esq.
>Fazzano, Tomasiewicz & Paulding
>836 Farmington Avenue
>West Hartford, CT  06119
>*Counsel for Defendants*

_____
Mary A. Gambardella