IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WORLD WRESTLING FEDERATION ENTERTAINMENT, INC. | Civil Action No. 301CV2316 (GLG) |
| Plaintiff, | |
| vs. | |
| WILLIAM E. DALEY AND SILVERMAN ENTERTAINMENT, INC., | |
| Defendants. | March 24, 2004 |

## JOINT STIPULATION OF DISMISSAL

The parties to the above action, by and through their counsel, hereby stipulate to a dismissal of this action, with prejudice, as all outstanding issues have been decided to the parties' satisfaction by settlement agreement dated December 16, 2003.

Respectfully submitted,

The Plaintiff,

By: _____
Mary A. Gambardella #ct05386
Epstein, Becker & Green
1 Landmark Square, Suite 1800
Stamford, CT 06901

The Defendants,
William E. Daley and
Silverman Entertainment, Inc.

By: _____
Patrick Tomasiewicz ct01320
Fazzano, Tomasiewicz & Paulding
836 Farmington Avenue
West Hartford, CT 06119

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By: _____ Deputy Clerk

ST:28229v1